RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
Office of the Federal Public Defender, District of Nevada
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Tel
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for STEVEN FOGARTY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN FOGARTY,<br><br>  Defendant. | Case Number. 1:24-cr-00480-TJK-1<br><br>**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND WAIVER OF SPEEDY TRIAL**<br><br>**(First Request)** |

Steven Fogarty, by and through his counsel of record, Joy Chen, Assistant Federal Public Defender, hereby moves this Court to continue the Status Conference currently scheduled for January 23, 2025, at 2:00 p.m., to a date and time convenient to the Court and all parties, but no sooner than February 24, 2025.

Undersigned defense counsel conferred with counsel for the government regarding this request. The government does not oppose the request.

The defense requests a continuance for the following reasons:

1. Discovery in this matter is voluminous and subject to protective order. *See* ECF No. 12. While defense counsel has begun reviewing the discovery with Mr. Fogarty pursuant to the terms of the protective order, counsel requires additional time to complete her review of discovery with the defendant. The government last produced discovery on December 24, 2024.

2. Counsel have entered negotiations and require additional time to discuss a potential resolution of this matter.

3. Defense counsel has met with Mr. Fogarty to discuss the charges against him, the status of his case, and his speedy trial rights. Mr. Fogarty agrees to this continuance and the waiver of speedy trial rights through the new status conference date set by the Court.

4. The defense seeks this time not for purposes of delay, but merely to allow defense counsel sufficient time to review discovery, complete necessary research, conduct independent investigation, and to continue plea negotiations.

5. The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and considering the factors under 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(B)(iv).

6. The defendant is out of custody and agrees to the continuance and the waiver of his speedy trial rights pursuant to this motion.

7. This is the defense's first request for a continuance.

DATED January 18, 2025.

                        Respectfully submitted,

                        RENE L. VALLADARES
                        Federal Public Defender

          By: */s/ Joy Chen*
                JOY CHEN
                Assistant Federal Public Defender
                Attorney for Steven Fogarty

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2025, I electronically transmitted the foregoing document using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties of record and in pursuant to the rules of the Clerk of Court.

*/s/ Joy Chen*
JOY CHEN
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case Number. 1:24-cr-00480-TJK-1 |
| vs. | **(PROPOSED) ORDER GRANTING MOTION TO CONTINUE** |
| STEVEN FOGARTY, | |
|     Defendant. | |

## ORDER

The Court has reviewed the Defendant's Unopposed Motion to Continue Status Conference and Waiver of Speedy Trial and considered the facts presented.

IT IS HEREBY ORDERED that the Status Conference currently scheduled for January 23, 2025, at 2:00 p.m., be vacated and continued to _____, 2025, at _____ a.m./p.m.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE